UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| HAMEEDULLAH FNU,<br><br>Plaintiff,<br><br>v.<br><br>THE MISSION ESSENTIAL GROUP LLC,<br><br>Defendant. | Case No. 25-cv-08378-LB<br><br>**ORDER TRANSFERRING CASE TO THE SOUTHERN DISTRICT OF OHIO**<br><br>Re: ECF No. 1 |

Fnu Hameedullah, who is representing himself and applied to proceed in forma pauperis, sued The Mission Essential Group LLC, claiming that he was injured sometime before May 2014 while working as a translator for Mission Essential (provided services for the U.S. Army) in Kabul, Afghanistan, and that his injuries prevent him from working and supporting his family.[1] The court screened the case under 28 U.S.C. § 1915(e)(2)(B) and issued an order identifying deficiencies in the complaint: the complaint fails to state a claim, is likely time-barred, and provides no facts showing personal jurisdiction over the defendant or that this district is the proper venue. The court allowed the plaintiff until November 17, 2025, to supplement the complaint.[2] He filed an amended complaint by the deadline that adds that U.S. soldiers and insurgents kicked him in the head and

---

[1] Compl. – ECF No. 1 at 4–10. Citations refer to material in the Electronic Case File (ECF); pinpoint citations are to the ECF-generated page numbers at the top of documents.

[2] Order – ECF No. 6.

ORDER – No. 25-cv-08378-LB

back, stripped him of his clothing, and insulted him while worked as an interpreter at multiple U.S. military bases in Afghanistan, which adds nothing to change the court's earlier analysis.[3]

No events took place in this district. Thus, venue is proper in a judicial district where the defendant resides. 28 U.S.C. § 1391(b). Mission Essential is located in New Albany, Ohio, which is in the Southern District of Ohio.[4] Pursuant to 28 U.S.C. § 1406(a), the court transfers the case to the United States District Court for the Southern District of Ohio.

**IT IS SO ORDERED.**

Dated: November 18, 2025

LAUREL BEELER
United States Magistrate Judge

---

[3] Suppl. – ECF No. 7.

[4] Compl. – ECF No. 1 at 1. The Ohio Secretary of State website confirms this. *See* https://businesssearch.ohiosos.gov/.